# United States District Court
## District of Maryland



FILED
JUN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | 08-368-M 01 |
| HOWARD LEE THOMAS | Case No. 05-1417 |
| | DETAINER - D.C. JAIL |

TO: The United States Marshal and any
Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **HOWARD LEE THOMAS** and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Probation Violation Petition

charging him/her with *(brief description of offense)*:

**INITIAL APPEARANCE - PROBATION VIOLATION**

in violation of Title <u>18</u> United States Code, Section(s) <u>3606</u>

| THOMAS M. DIGIROLAMO | U.S. MAGISTRATE JUDGE |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| Jill Waryu | February 7, 2006    Greenbelt, MD |
| (By) Deputy Clerk | Date and Location |
| Bail fixed at $ NO RECOMMENDATION | by _[signature]_ |
| | Name of Judicial Officer |

RECEIVED U.S. MARSHAL BALTIMORE MD
2006 FEB -9

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of ~~Arresting~~ Reporting Officer | Signature of ~~Arresting~~ Reporting Officer |
|---|---|---|
| 10 June, 2008 | DUSMS Robert C Bears | Robert C By |
| Date of Arrest | | |

U.S. DISTRICT COURT (Rev 12/98)

06/10/2008 12:38 410-962-2824 USMS BALTIMORE MTS

Case 1:08-mj-00368-JMF   Document 1   Filed 06/10/2008   Page 2 of 2

FILED
JUN 10 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PROB 12
(Rev. 7/93)

United States District Court
for
District of Maryland

U.S.A. vs. Howard Lee Thomas                                  Docket No: 05-1417M

Petition on Probation and Supervised Release     08-368-M 01

COMES NOW Laura Reber PROBATION OFFICER OF THE COURT presenting an official report upon the conduct and attitude of Howard Lee Thomas who was placed on supervision for Possession of CDS and Speeding by the Honorable Thomas M. DiGirolamo, sitting in the court at Greenbelt, Maryland, on the 7th day of September, 2005 who fixed the period of supervision at 3 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows.

1) participate in substance abuse treatment as directed,
2) participate in vocational or educational program as directed,
3) complete four (4) months of community confinement with work release, and
4) pay a special assessment fee in the amount of $20.00

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here, if lengthy write on separate sheet and attach)

WHEREAS: 1) Mr. Thomas has violated the special condition of probation that states, "The defendant shall reside at and satisfactorily participate in the program of community corrections facility, half-way house, or similar facility for a period of four (4) months with work release" by failing to complete the Hope Village Half-Way House Program as directed and being unsatisfactorily discharged on or about January 25, 2006.

WHEREAS 2) Mr. Thomas has violated the statutory condition of probation that states, "The Defendant shall not commit any federal, state or local crime" by being arrested and charged on or about January 25, 2006, in Washington DC, with Distribution of Cocaine, case # 001394, event occurred on or about January 24, 2006. Status hearing scheduled for February 21, 2006.

WHEREAS 3) Mr. Thomas is in violation of statutory condition of probation that States, "The defendant shall not illegally use or possess a controlled substance", by being arrested and charged on or about January 25, 2006, with Distribution of Cocaine, case # 001394. Mr. Thomas was allegedly in possession of "crack" cocaine.

WHEREAS: 4) Mr. Thomas is in violation of standard condition of probation that states, "The defendant shall not frequent places where controlled dangerous substances are illegally sold, used, distributed, or administered", by being arrested and charged with Distribution of Cocaine, case # 001394, on or about January 25, 2006 in Washington, DC.

WHEREAS 5) Mr. Thomas is in violation of standard condition of probation that states, "The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any persons convicted of a felony unless granted permission to do so by probation officer", by being arrested and charged in Washington DC on or about January 25, 2006, with Distribution of Cocaine case # 001394. Mr. Thomas was allegedly arrested with Mr. Kenneth L. Banks a.k.a Kenneth Ford.

PRAYING THAT THE COURT WILL ORDER a warrant be issued for violation of probation requiring Mr. Thomas to appear before the Court for a show cause hearing to determine why his probation should not be revoked.

ORDER OF COURT
Considered and ordered as prayed this 6th day of
Feb_____ 2006 and ordered filed and made a part of the records in the above case.

_____
Thomas M. DiGirolamo
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

_____
Laura Reber, Probation Officer

Place _____ Greenbelt, Maryland
Date _____ February 1, 2006